IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-01662-EWN-MJW
(Original Civil Action No 04-cv-00494; 04-cv-00584,
USDC So. Dist of Ohio (Graham, J.))

DIVINE TOWER INTERNATIONAL CORPORATION, et al.,

Plaintiff(s),

v.

KEGLER, BROWN, HILL & RITTER, et al.,

Defendant(s).

MINUTE ORDER

     It is hereby ORDERED that Brownstein Hyatt Farber Schreck LLP's Objection to Plaintiff's Subpoena (docket no. 1) is GRANTED. That no party in the underlying lawsuits captioned *Divine Tower International Corporation, et al. v. Kegler, Brown Hill & Ritter, et al.,* filed in the United States District Court for the Southern District of Ohio, Eastern Division under case nos. 2:04-cv-494 and 2:04-cv-584, have filed any responses to the subject motion and this court deems the motion confessed. The Subpoena (Exhibit A) attached to the subject motion (docket no. 1) is QUASHED.

Date: September 10, 2008